UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 09-69 (JLL) |
| CHRISTOPHER CURANOVIC | : | <u>ORDER UNSEALING CASE</u> |
| | : | |

This matter having come before the Court upon the application of the United States of America (David E. Malagold, Assistant U.S. Attorney, appearing), for an order unsealing the above-captioned case, and good cause having been shown,

IT IS, on this __18th__ day of March, 2009,

ORDERED that the Indictment and case file in this matter shall be UNSEALED.

HON. JOSE L. LINARES
United States District Judge