UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | Crim. No. 09-69 (JLL) |
| v. | : | |
| | : | CONTINUANCE ORDER |
| CHRISTOPHER CURANOVIC | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by David E. Malagold, Assistant U.S. Attorney), and defendant Christopher Curanovic (by Joseph Sorrentino, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware he has the right to have the matter brought to trial within 70 days of the date of the indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested and consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    i.    Plea negotiations regarding a possible disposition are currently in progress, and both the United States and the defendant desire additional time to meet and confer regarding a disposition, which would render trial of this matter unnecessary and save judicial resources;

ii. Defendant has consented to and requested the aforementioned continuance;

iii. Defendant will likely change counsel and new counsel will need additional time to investigate and prepare the case and review discovery material, including approximately 500 recordings which the government is in the process of duplicating;

iv. Defendant has a pending federal criminal trial scheduled for June 7, 2010 in the Eastern District of New York. The outcome of the EDNY case will have important consequences on defendant's position in this case;

v. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

vi. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(i), failure to grant this continuance would result in a miscarriage of justice; and

vii. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant this continuance would unreasonably deny counsel for

the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this 4th day of January, 2010.

IT IS ORDERED that trial in this matter is continued from January 4, 2010 to June 7, 2010.

IT IS FURTHER ORDERED that the period from the date of this order through June 7, 2010, inclusive, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by April 26, 2010
Responses due May 10, 2010
Replies due May 25, 2010
A hearing shall be held on June 2, 2010

HON. JOSE L. LINARES
United States District Judge

Consented to by:

JOSEPH SORRENTINO, ESQ.
Counsel for defendant

DAVID E. MALAGOLD
Assistant U.S. Attorney