UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Jose L. Linares
                              :      Crim. No. 09-69 (JLL)
        v.                    :
                              :      CONTINUANCE ORDER
CHRISTOPHER CURANOVIC         :


    This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by David E. Malagold, Assistant U.S.
Attorney), and defendant Christopher Curanovic (by David Oakley,
Esq.) for an order granting a continuance of the proceedings in
the above-captioned matter, and the defendant being aware he has
the right to have the matter brought to trial within 70 days of
the date of the indictment pursuant to Title 18 of the United
States Code, Section 3161(c)(1), and as the defendant has
requested and consented to such a continuance, and for good and
sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

        i.   Plea negotiations regarding a possible disposition
             are currently in progress, and both the United
             States and the defendant desire additional time to
             meet and confer regarding a disposition, which
             would render trial of this matter unnecessary and
             save judicial resources;

ii.   Defendant has consented to and requested the aforementioned continuance;;

iii.  Defendant recently was convicted following a lengthy federal criminal trial in the Eastern District of New York.  This case will likely have important consequences on defendant's position in this case and counsel for the defendant requires additional time to consider applying for a transfer of this case to the Eastern District of New York;

iv.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

v.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(i), failure to grant this continuance would result in a miscarriage of justice; and

vi.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant this continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this 5th day of August, 2010.

IT IS ORDERED that trial in this matter is continued from August 9, 2010 to October 9, 2010.

IT IS FURTHER ORDERED that the period from the date of this order through October 9, 2010, inclusive, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by Aug. 30, 2010.

Responses due Sept. 13, 2010

Replies due Sept. 27, 2010

A hearing shall be held on Oct 4, 2010

HON. JOSE L. LINARES
United States District Judge

Consented to by:

DAVID OAKLEY, ESQ.
Counsel for defendant

DAVID E. MALAGOLD
Assistant U.S. Attorney