**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Hon. Jose L. Linares |
| v. | : Criminal No. 09-69 |
| CHRISTOPHER CURANOVIC | : CONSENT JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey, (Assistant United States Attorney David E. Malagold, appearing), for the entry of a consent judgment and preliminary order of forfeiture, and defendant Christopher Curanovic (David Oakley, Esq., appearing) having consented to the request; and the Court having found that:

**WHEREAS**, in accordance with the Plea Agreement filed on _January 19_, 2010 entered into between the United States of America and defendant Christopher Curanovic, in the above matter, the defendant, pursuant to 18 U.S.C. § 982, has agreed to forfeit to the United States:

(1) $300,000 in United States Currency
(2) All money and funds held in Key Bank Account Number 371971024240
(3) All money and funds held in Key Bank Account Number 371972042951
(4) All money and funds held in Citibank Account Number 17052587
(5) All money and funds held in Citibank Account Number 17052640
(6) 1999 Bentley, Vehicle Identification Number SCBLB51E2XCX02220, bearing New York Registration Number EAW7299

(hereafter, the forfeited property)

**WHEREAS**, defendant, Chirstopher Curanovic, has acknowledged notice of the criminal forfeiture and consented to the entry of a Consent Judgment and Preliminary Order of Forfeiture; and

**WHEREAS,** defendant, Christopher Curanovic, has agreed not to contest the forfeiture of the above referenced property; and

**WHEREAS,** by virtue of the above, the United States is now entitled to possession of the Forfeited Property pursuant to 18 U.S.C. § 982 and Rule 32.2 of the Federal Rules of Criminal Procedure; and

**WHEREAS,** defendant Christopher Curanovic has fully consented to the forfeiture of the funds; and for good and sufficient cause shown;

It is hereby **ORDERED, ADJUDGED AND DECREED:**

1. That the Forfeited Property is to be held by any authorized agency of the United States in its secure custody and control;

2. That pursuant to applicable law the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the United States'intent to possess the forfeited property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

3. That this notice: (a) shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Forfeited Property; (b) shall be signed by the petitioner under penalty of perjury, and (c) shall set forth the nature and extent of the petitioner's right or interest in the Forfeited Property and any additional facts supporting the petitioner's claim and the relief sought;

4. That the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Forfeited Property

that is the subject of this Consent Judgment and Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture seize the forfeited property.

**ORDERED** this 19th day of Jan, 2011.

_____
HONORABLE JOSE L. LINARES
United States District Judge

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: _____  10-28, 2010
David E. Malagold                  Dated
Assistant U.S. Attorney


_____  12/17, 2010
David Oakley, Esq.            Dated
Counsel for the Defendant

_____  12/17, 2010
Christopher Curanovic         Dated
Defendant

3